ALSD Local 91 (Rev. 7/13) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-104-m |
| RICHARD SNELLGROVE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 2010 to August 18, 2016  in the county of  Baldwin  in the Southern District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Distribute, or dispense, a controlled substance for no legitimate medical need outside the usual course of professional practice. |

This criminal complaint is based on these facts:
See attached affidavit, incorpated herein be reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Burt, DEA Special Agent
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: 10/21/2016

*Judge's signature*

City and state:  Mobile, Alabama   William E. Cassady, U.S. Magistrate Judge
BERT W. MILLING,

SEALED