IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | * CRIM. NO. MJ 16-104-M |
| | * USAO NO: 16R00376 |
| RICHARD SNELLGROVE | * |
| | * **TO BE FILED UNDER SEAL** |

### EX PARTE MOTION TO SEAL COMPLAINT

COMES NOW the United States by and through Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, moves the Court to seal the complaint returned against the above-captioned defendant and as grounds therefor says the following:

Law enforcement agents in this district believe that disclosure of this complaint at this time would jeopardize their ability to prosecute this case.

**WHEREFORE,** the United States moves the Court to seal the above-captioned complaint, that this motion be filed ex parte, and that the record of any reading of the name of the defendant in this complaint likewise be sealed, and to make available to the United States a copy of said complaint once it is docketed.

Respectfully submitted this 21st day of October, 2016.

KENYEN R. BROWN
UNITED STATES ATTORNEY
By
Christopher J. Bodnar bodnc0508
Assistant United States Attorneys

**SEALED**