7

CJB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. |
| | * | USAO NO. 16R00376 |
| v. | * | |
| | * | VIOLATIONS: 21 USC § 841(a)(1) |
| RICHARD SNELLGROVE, M.D. | * | |

FILED IN OPEN COURT
OCT 27 2016
CHARLES R. DIARD, JR.
CLERK

1:16-226-KD

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about October 24, 2011, in the Southern District of Alabama, Southern Division, the defendant,

**RICHARD SNELLGROVE, M.D.**

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Methadone, a Schedule II Controlled Substance, to an individual known to the Grand Jury and identified herein as "D.R., Jr." for no legitimate medical purpose and outside the usual course of professional practice.

Specifically, an individual known to the Grand Jury and identified herein as "M.R." directed his brother D.R., Jr. to go to **SNELLGROVE**'s office and ask him for Methadone to send to M.R., who was not in the area at that time.   M.R. was a patient with whom **SNELLGROVE** was friends and knew well.   D.R., Jr. did as he was directed by M.R., and received a prescription from **SNELLGROVE** in D.R., Jr.'s name for 240 Methadone 10mg

**SEALED**

tablets.  Despite writing the prescription in D.R., Jr.'s name, **SNELLGROVE** knew the Methadone was intended for M.R.   D.R., Jr. filled the prescription and then sent the methadone to M.R. per his request.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about August 13, 2015, in the Southern District of Alabama, Southern Division, the defendant,

### RICHARD SNELLGROVE, M.D.

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Hydrocodone, a Schedule II Controlled Substance, to an individual known to the Grand Jury and identified herein as "M.R." for no legitimate medical purpose and outside the usual course of professional practice.

Specifically, **SNELLGROVE** wrote a prescription for 75 Norco 10mg tablets in the name of M.R.'s father, whose identity is known to the Grand Jury and identified herein as "D.R., Sr." D.R., Sr. was not one of **SNELLGROVE's** patients. **SNELLGROVE** knew the prescription written in the name of D.R., Sr. was intended to be used by M.R.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE

On or about August 13, 2015, in the Southern District of Alabama, Southern Division, the defendant,

### RICHARD SNELLGROVE, M.D.

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Lorazepam, a Schedule

SEALED

IV Controlled Substance, to an individual known to the Grand Jury and identified herein as "M.R." for no legitimate medical purpose and outside the usual course of professional practice.

Specifically, **SNELLGROVE** wrote a prescription for 30 doses of Ativan in the name of M.R.'s father, whose identity is known to the Grand Jury and identified herein as "D.R., Sr." D.R., Sr. was not one of **SNELLGROVE's** patients. **SNELLGROVE** knew the prescription written in the name of D.R., Sr. was intended to be used by M.R.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 24, 2016, in the Southern District of Alabama, Southern Division, the defendant,

### RICHARD SNELLGROVE, M.D.

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, to an individual known to the Grand Jury and identified herein as "J.R." for no legitimate medical purpose and outside the usual course of professional practice.

Specifically, an individual known to the Grand Jury and identified herein as "M.R." asked his cousin J.R. if it would be ok if **SNELLGROVE** wrote M.R. a prescription for fentanyl patches in J.R.'s name since M.R.'s insurance would not cover the prescription. J.R. agreed, and **SNELLGROVE** wrote a prescription for 10 Fentanyl patches at the 75mcg/hour strength in the name of J.R. At the time that he wrote this prescription, **SNELLGROVE** knew the Fentanyl patches were for M.R., and not J.R.

In violation of Title 21, United States Code, Section 841(a)(1).

SEALED

## COUNT FIVE

On or about April 18, 2016, in the Southern District of Alabama, Southern Division, the defendant,

**RICHARD SNELLGROVE, M.D.**

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, to an individual known to the Grand Jury and identified herein as "J.R." for no legitimate medical purpose and outside the usual course of professional practice.

Specifically, **SNELLGROVE** wrote a prescription in J.R.'s name for 10 Fentanyl patches at the 50mcg/hour strength. At the time the prescription was written, **SNELLGROVE** knew the Fentanyl patches were not for J.R., but rather for an individual known to the Grand Jury and identified herein as "M.R."

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about August 18, 2016, in the Southern District of Alabama, Southern Division, the defendant,

**RICHARD SNELLGROVE, M.D.**

did knowingly, intentionally, and unlawfully distribute and dispense, and cause to be distributed and dispensed, a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, to an individual known to the Grand Jury and identified herein as "M.R." for no legitimate medical purpose and outside the usual course of professional practice.

In violation of Title 21, United States Code, Section 841(a)(1).

SEALED

A TRUE BILL

*[signature]*

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

*[signature]*

CHRISTOPHER J. BODNAR
Assistant United States Attorney

*[signature]*

VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division

OCTOBER 2016

SEALED