IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          *

v.                                * CRIMINAL NO. 16-226-KD
                                  USAO NO. 16R00376
RICHARD SNELLGROVE, M.D.          *

Defendant.                        *

## WAIVER OF RIGHT TO SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive my right to a speedy trial. This decision has been made after I:

(A.) I have been advised by my attorney of the reasons for seeking an extension of the pretrial period, and resultant extension of the trial setting in my case;

(B.) I understand that the time requested in the extension may be excluded from any calculations of time under the Speedy Trial Act, 18 U.S.C. §§3161-3174; and

(C) With this understanding and knowledge, I agree to a continuance of the trial of this action for the period of time deemed necessary.

DATE: 5/11/17

RICHARD SNELLGROVE, M.D.

APPROVED BY:

ARTHUR T. POWELL, III