# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 16-00226 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD SNELLGROVE, M.D. | ) | |
| | ) | |

## NOTICE TO THE COURT OF EXPERT SUMMARIES

Comes now the United States of America, by and through Steve Butler, the Acting United States Attorney for the Southern District of Alabama, and provides notice to the Court that on this date the United States has provided a written summary (via email), pursuant to Federal Rules of Criminal Procedure Rule 16(a)(1)(G), of expert testimony the United States may use during its case-in-chief at the trial of the above-named defendant.  The curriculum vitae have also been provided (via email).

The United States reserves the right to supplement the summary.

Respectfully submitted this the 11th day of August, 2017.

        STEVE BUTLER
        ACTING UNITED STATES ATTORNEY
        by:

        */s/ Deborah A. Griffin*
        Deborah A. Griffin
        Assistant United States Attorney
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

      I certify that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

                                             *s/Deborah A. Griffin*
                                             Deborah A. Griffin
                                             Assistant United States Attorney