# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 16-00226-KD-B |
| | ) |
| RICHARD SNELLGROVE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court following a scheduling conference held November 6, 2017. For the reasons stated on the record, the Defendant's motion to continue trial is **GRANTED**. The trial is rescheduled for **April 16, 2018**. According to Counsel, the trial is expected to last two weeks. The Court has calendared April 16-27, 2018 for the purposes of conducting this trial during a special setting. Jury selection for the trial shall be held Monday, April 2, 2018.

Furthermore, the *Daubert* (and other pretrial motions) hearing previously scheduled for December 15, 2017 is rescheduled for **Tuesday**, **March 6, 2018** at 1:00 PM. As a result of the postponed trial and motion hearing dates, the Court makes the following amendments to the deadlines set in the previous scheduling Order (Doc. 32).

- Tuesday, December 12, 2017 — The United States shall produce any amended/updated expert reports and curriculum vitae

- Tuesday, January 23, 2018 — Defense counsel shall produce expert reports and curriculum vitae

- Tuesday, February 6, 2018 — Deadline for filing any *Daubert* motions

- Tuesday February 20, 2018 — Deadline for responses to any *Daubert* motions

- Tuesday, February 20, 2018 — Deadline for all other pretrial motions

- Tuesday, February 27, 2018 — Deadline for responses to any pretrial motions

- Tuesday, February 27, 2018 — (1) The parties shall file any proposed voir dire, and are reminded not to repeat questions contained in the juror questionnaire. (2) The parties shall file joint proposed initial jury instructions to be given at the beginning of trial, joint proposed final jury instructions, and a joint proposed verdict form. The parties are not required to submit joint proposed instructions for Preliminary Instructions or Basic Instructions as identified in the Eleventh Circuit Pattern Jury Instructions (Criminal Cases) (2016 edition), but should provide any requested Special Instructions and any Offense Instructions relevant to the Counts of the Indictment. If the parties cannot agree on a proposed instruction or the verdict form, the parties should file separate proposed instructions and verdict forms, and state the grounds for their disagreement.

DONE the 7th day of November 2017.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE