# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|                               |   |                        |
|-------------------------------|---|------------------------|
|                               | * |                        |
| **UNITED STATES OF AMERICA**  |   |                        |
|     **Plaintiff,** |   |           |
| **v**                         | * | **CRIMINAL NO. : 16-226** |
|                               |   |                        |
| **RICHARD SNELLGROVE, M.D.**  |   |                        |
|     **Defendant.** | * |           |

## MOTION TO CONTINUE

COMES NOW the Defendant, Richard Snellgrove, M.D., by and through the undersigned counsel, Dennis J. Knizley and respectfully moves this Honorable Court to continue the trial setting in this case and as grounds therefore states as follows:

1.  The above-styled case is set to commence on April 16, 2018.

2.  The case is expected to last two weeks.

3.  The undersigned counsel's youngest daughter became engaged to be married in the summer of 2017.

4.  Subsequent to the engagement, the undersigned counsel's daughter set her wedding date for April 21, 2017.

5.  At the time the case was set for trial, the undersigned was unaware the date conflicted with the trial date.

6.  The undersigned counsel conferred with the United States after becoming aware of the wedding date being set during the trial of the case.

7.  Yesterday, the United States confirmed they had no objection to the continuance of the trial of the case.

8.  The wedding celebration will involve many out of town family members and guests, rehearsal, rehearsal dinner, reception and other events.

9.  The undersigned counsel's trial preparation and trial obligations will be significantly impacted and impeded by obligations related to the wedding.

10.  The undersigned counsel moves this Honorable Court to continue the commencement of the trial at least one week beyond the wedding date of April 21, 2017.

11.  The United States has no objection to this continuance.

WHEREFORE, premises considered, the Defendant respectfully moves this Honorable Court to continue the trial setting in this case for a period of one (1) week and for such other, further and different relief, premises considered.

Respectfully submitted,

/s/ Dennis J. Knizley
Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone: (251) 432-3799
Fax:     (251) 432-4539

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of December 2017, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Deborah A. Griffin.

/s/ Dennis J. Knizley
Dennis J. Knizley