# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 16-226 |
| | * | |
| RICHARD SNELLGROVE, M.D. | * | |

## NOTICE TO THE COURT OF EXPERT SUMMARIES

Comes now the Defendant, by and through counsel, and provides the following notice to the Court:

On this date the Defendant provided its written summary (via email), pursuant to Federal Rules of Criminal Procedure Rule 16(b)(1)(C), of expert testimony the Defendant may use during its case-in-chief at the trial of the above-named Defendant.

The Defendant reserves the right to supplement the summary.

Respectfully submitted this the 24th day of January, 2018.

/s/ Arthur T. Powell, III
ARTHUR T. POWELL, III
(POWEA5539)
158 Congress Street
Mobile, AL 36603
Tel: (251) 433-8310
Fax: (251) 432-5507

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 24th day of January, 2018 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Arthur T. Powell, III