**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIM. NO. 16-00226-KD** |
| **v.** | ) | |
| | ) | |
| **RICHARD SNELLGROVE, M.D.** | ) | |

## NOTICE OF ANTICIPATED TESTIMONY

Comes now the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this notice of anticipated testimony of DEA SA Burt:

The requirements for a valid prescription from Title 21, CFR, Section 1306.04 , (Purpose of Issue of Prescriptions) and 1306.05 and (Manner of Issuance of Prescriptions), which DEA enforces.

The brand names and Schedules of the Controlled Substances alleged in the Superseding Indictment.

The "red flags" of drug diversion, based on his training and experience, to include:

- a brief, or non-existent, physical examination or medical history; prescribing pursuant to patient requests;
- prescribing Controlled Substances to a patient despite indications of addiction and drug-seeking behavior, such as requests for early refills, claims that drugs were lost or stolen; and
- Physicians cannot write prescriptions for a patient in another patient's name or in anyone else's name.

Requirements for the refill of Schedule II Controlled Substances from Title 21, CFR, Section 1306.12, (Refilling Prescriptions; Issuance of Multiple Prescriptions), which DEA enforces.

Respectfully submitted this 23rd day of March 2018.

1

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

s/ *Deborah A. Griffin*
Deborah A. Griffin
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602