# Curriculum Vitae
## Michael John Baron, MD, MPH

**Education:**
| | | |
|---|---|---|
| 1981 | BA | Chemistry, Emory, College of Emory University, Atlanta, Georgia |
| 1986 | MD | Tulane University, School of Medicine, New Orleans, Louisiana |
| 1986 | MPH | Tulane University, School of Public Health & Tropical Medicine, New Orleans |

**Training:**

7/1/86-6/30/87  Internship
Department of Internal Medicine
Tulane University, School of Medicine,
Affiliated Hospitals, Charity Hospital, New Orleans, Louisiana

7/1/87-6/30/89  Residency - Anesthesiology
Department of Anesthesiology
Washington University School of Medicine,
Barnes Hospital, St. Louis, Missouri. Chairman: Dr. W.D. Owens

7/1/89-6/30/90  Chief Resident, Department of Anesthesiology
Washington University School of Medicine
Bares Hospital, St. Louis, Missouri

9/1/89-6/30/90  Pediatric Fellowship Tract, Pediatric Anesthesiology
St. Louis Children's Hospital, St. Louis, Missouri

7/1/00-6/30/03  Residency – Psychiatry
Department of Psychiatry
Vanderbilt University, School of Medicine
Nashville, Tennessee

7/1/01-6/30/03  Chief Resident, Department of Psychiatry
Vanderbilt University, School of Medicine
Nashville, Tennessee


GOVERNMENT EXHIBIT
CR 1
16-226 3/6/18

**Professional Employment: Psychiatrist**

| | |
|---|---|
| 2003- 2014 | Middle Tennessee Psychiatric Clinic<br>2011 Ashwood Ave.<br>Nashville, Tennessee 37212 |
| 2011- 2016 | Medical Director<br>Senior Care Program – Intensive Outpatient Program<br>St. Thomas Hickman Hospital, Centerville, Tennessee |
| 2013- 2014<br>2014- 10/16 | Director of Behavioral Health<br>Medical Director<br>The Ranch<br>6107 Pinewood Road<br>Nunnelly, Tennessee 37137 |
| 2007 – Present | Course Instructor<br>Over Prescribing Course<br>Center for Professional Health<br>Department of Internal Medicine<br>Vanderbilt University, School of Medicine<br>Interim Resignation (Board of Medical Examiners Rules) from 2010 -1/2017 |
| 2013 - Present | Psychiatrist (Pro Bono)<br>DC4 - Davidson County Drug Court<br>Honorable Seth Norman<br>1406 County Hospital Road<br>Nashville, Tennessee 37218 |
| 2017 - Present | Medical Director<br>Tennessee Medical Foundation – Physician Health Program<br>216 Centerview Drive, Suite 304<br>Brentwood, TN 37027 |

**Faculty Appointments:**

| | |
|---|---|
| 2003 – Present | Clinical Assistant Professor<br>Vanderbilt University, School of Medicine<br>Department of Psychiatry<br>Nashville, Tennessee |

**Appointments:**

| | |
|---|---|
| 2011- 2012 | Committee to Develop Emergency Rules for Pain Clinic Registration<br>Department of Health, Tennessee |
| 2012- 2013 | Governor's Task Force on Prescription Drug Abuse,<br>Department of Homeland Security, Tennessee |

| | |
|---|---|
| 2014-2015 | Committee to Develop Rules for Collaborative Pharmacy Practice Agreement<br>Department of Health, Tennessee |

| | |
|---|---|
| 2010- 2015 | Member (5-year appointment by Governor Bredesen) |
| 2015- 2017 | Member (5-year re-appointment by Governor Haslam)<br>Board of Medical Examiners<br>Department of Health, Tennessee<br>Resigned 1/31/17 to become Medical Director of TMF |
| 2011- 2012 | Committee Member |
| 2013- 2017 | Chair - Controlled Substance Monitoring Database Committee<br>Board of Pharmacy<br>Department of Health, Tennessee<br>Resigned 1/31/17 to become Medical Director of TMF. |
| 2013-Present | Chronic Pain Guidelines, Steering Committee<br>Department of Health, Tennessee |
| 2017-Present | Committee to write Buprenorphine Treatment Guidelines<br>Department of Mental Health, Tennessee |

**Medical Licensure:**
| | | | |
|---|---|---|---|
| 1986 | Louisiana | 018736 | Active |
| 1987 | Missouri# | R6G18 | Active |
| 1991 | Tennessee | 21339 | Active |

**Peer Societies and Memberships:**
| | |
|---|---|
| 4/08 - 12/10 | Vice President |
| 01/11 - 1/13 | President<br>Tennessee Society of Addiction Medicine, State Chapter of American Society of Addiction Medicine |

**Fellow:**
| | |
|---|---|
| 2010- Present | American Society of Addiction Medicine - FASAM |

**Active Memberships:**
Tennessee Psychiatric Association
American Psychiatric Association
Tennessee Society of Addiction Medicine
American Society of Addiction Medicine
Nashville & Davidson County, Academy of Medicine
Tennessee Medical Association

**Awards:**
| | |
|---|---|
| 3/7/2017 | Commissioner's Award for Exceptional Service to Population Health<br>Presented by Commissioner of Health, Dr. John Dreyzehener, Tennessee |

**Recognition:**
5/24/17        Exemplary Leadership to the Board of Medical Examiners and
               Dedicated service to the People of Tennessee.
               Presented by the President of the Board of Medical Examiners


**Board Certifications:**
| | | |
|---|---|---|
| 1993 | American Board of Anesthesiology (ABMS) | Certificate # 21863 |
| 04/2005- 2015 | American Board of Psychiatry and Neurology (ABMS) | Certificate # 54641 |
| 02/2015- 2025 | Maintenance of Certification (ABMS) | Certificate # 54641 |
| 12/2006- 2016 | American Society of Addiction Medicine | Certificate # 599868 |
| 03/2009- 2016 | American Board of Addiction Medicine | Certificate # 873 |
| 11/2014- 2026 | Maintenance of Certification (ABAM) | Certificate # 873 |

**Certifications:**
2002        Competency to stand trial & Mental condition at time of crime
            Department of Mental Health and Developmental Disabilities, Tennessee

2004        DEA waiver to prescribe Control III-V Medications for Addiction, DATA 100.

**Professional Achievements:**
4/06- 4/08  "Dr. Mike"- weekly guest host on *The Carl P. Mayfield* radio show. A call in
            show for medical, mental health questions. Sirius Satellite, 147.

01/2013     Petitioned the Food and Drug Administration (FDA) to change labeling for
            Opioid Analgesics. 8 minute Presentation.

1/15/2015   Guest on HER Radio Show on the RadioMD network. "Lipstick and Liquor:
            The Hidden Epidemic of Women Who Drink.

**Invited National Presentations:**
Available on request


**Publications:**
Dumont, A.E., Martelli, A.B., Lliescu, H., Baron, M.J.: Spontaneous reconstruction of the mammalian intestinal tract following complete transection. Proceedings of the society for Experimental Biology and Medicine. 164; 545-549, 1980.

Parker, R.K., Baron, M.J., Helfer, D.L., Berberich, N., White, P.F.: Epidural PCA: Effect of a continuous (Basal) infusion on the postoperative opioid requirement. International Anesthesia Research Society. Anesth Analg. 70; S296, 1990.

Parker, R.K., Baron, M.J., Helfer, D.L., Berberich, N., White, P.F.: Use of epidural PCA for postoperative pain management; Effect of local anesthetic on the opioid requirement. International Anesthesia Research Society. Anesth Analg. 70; S297, 1990.

Baron, M.J., Gunter, J.B., White, P.F.: Is the Hematocrit needed prior to outpatient pediatric surgery? International Anesthesia Research Society. Anesth Analg. 72; S12, 1991.

Baron, M.J., Gunter, J.B., White, P.F.: Is the Pediatric Hematocrit Determination Necessary? Southern Medical Journal. 85 (12); 1187-1189, 1992.

Baron, M.J., Watson, S.P., Paidipalli, B.R.: A survey of NPO Guidelines at North American Children's Hospitals. International Anesthesia Research Society. Anesth Analg. 76; S11, 1993.

Baron, M.J.: Child abuse by negligence (An editorial about TennCare). The Commercial Appeal. Sunday, January 9, 1994.

Baron, M.J., Milby, M., Watson, S.P., Lazar, R.E.: Propofol VS Halothane: A Comparison of Postoperative recovery in Children. American Academy of Peds, Poster. Spring Session 1994.

Baron, M.J., Ragon, J.: The APL Valve as a pressure-Cycle Ventilator During Cardiopulmonary Bypass for Correction of Congenital Heart Disease. International Anesthesia Research Society. Letter to the Editor, Anesth Analg. 79; 197, 1994.

Smoot, E.C., Baron, M.J.: Latex Allergy Anaphylaxis in a Spina Bifida Patient with a Pressure Ulcer. Advances in Wound Care: The Journal for Prevention and Healing. 8 (5); 33-39, 1995.

Lee, R.K., Baron, M.J.: Efficacy of Aprotinin in Pediatric Cardiovascular Surgery. American College of Clinical Pharmacy. Abstract 119E, 1996.

Baron, M.J., et al: The Safety of Epidurals Placed During General Anesthesia: Editorial. Regional Anesthesia and Pain Medicine 23(5); 433-438, 1998.

Baron, M.J., McDonald, P.W.: Significant Pain Reduction in Chronic Pain Patients After Detoxification From High-Dose Opioids. Journal of Opioid Management. 2(5); 277-282, 2006.

**Dr. Baron- Invited Lectures**

Pharmaceutical Overdose Death Seminar, Tennessee Methamphetamine Task Force, Tennessee Bureau of Investigation, Headquarters, August 1, 2012.

The Complex Relationship of Chronic Pain, HCA Headquarters, Nashville, TN. June 6, 2014

Addiction and the Brain: Common Neurochemistry of Trauma, Pain and Addiction, Houston, TX., September 9, 2014.

Pain and Addiction, Practice and Pitfalls, Nashville Dental Society, 10th NDS Membership Meeting, Richland Country Club, February 10, 2015

| Date | Facility | Topic | Explanation or Audience |
|---|---|---|---|
| 02/02/17 | Meharry | Capstone Lecture | Medical Students |
| 02/23/17 | Testify Over Rx'ing | State Legislation | Legislators |
| 02/25/17 | TN Academy of FP | Over Rx'ing | Family Practitioners |
| 03/15/17 | UTHSC Memphis | Capstone Lecture | Medical Students |
| 03/27/17 | Testify Gov't OP | Addiction Specialist | Government Operations |
| 04/18/17 | Belmont | Addiction | Pharmacy Students |
| 04/25/17 | ETSU | Keystone Lecture | Medical Students |
| 04/25/17 | ETSU | Faculty Wellness | ETSU Faculty |
| 04/28/17 | CH IOP | Narcan Training - 25 | Recovery Residence Person |
| 06/05/17 | Washington Cty Med Soc | PHP lecture | Community Physicians |
| 06/06/17 | Sycamore Shoals | PHP lecture | Community Physicians |
| 04/29/17 | TMA Marriot Airport | TMA House of Delegates | TN Med Assoc, House of Delegat |
| 07/05/17 | BMH - Memphis | Capstone Lecture | Medical Students |
| 08/10/17 | Jackson, TN | PAIN SYMPOSIUM | Community Physicians |
| 08/22/17 | Clarksville | PAIN SYMPOSIUM | Community Physicians |
| 08/24/17 | Chattanooga | Pain and Rx'ing lecture 1200 | Community Physicians |
| 08/24/17 | Chattanooga | Pain and Rx'ing lecture 1800 | Community Physicians |
| 09/08/17 | TriMED | Physician Health | Healthcare Community |
| 09/08/17 | TriMED | Pain and Rx'ing lecture | Community Physicians |
| 09/18/17 | UTHSC 4th yr Memphis | Capstone Lecture | Medical Students |
| 10/05/17 | Putnam County | Chronic Pain Guidelines | Community Physicians |
| 10/20/17 | Appalachian Addiction Conf | Non-Opioid Analgesics | Addiction Specialists |
| 10/26/17 | Testify- Medical Marijuana | Medical Marijuana | Legislators |
| 10/26/17 | Trevecca | Addiction class 2-hr | PhD Graduate Students |
| 10/27/17 | St Thomas West | Addiction - Symposium | Community Physicians |
| 11/02/17 | Crescent Club | Addiction - Symposium | Community Physicians |
| 11/07/17 | UT-K Woods Auditorium | Addiction - Symposium | Community Physicians |