**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **vs.** | * |
| | * CRIMINAL NO. 16-00226-KD-B |
| **RICHARD SNELLGROVE,** | * |
| | * |
| **Defendant.** | * |

## ORDER

This action is before the Court on Motions to Quash filed by the Alabama Board of Medical Examiners and the Tennessee Controlled Substances Monitoring Database. (Docs. 94, 95). Defendant is hereby **ORDERED** to file a response to the motion on or before **May 8, 2018.**

**DONE** this **4th** day of **May, 2018.**

                                              **/s/ SONJA F. BIVINS**
                                        **UNITED STATES MAGISTRATE JUDGE**