IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | Criminal No. 16-00226-KD |
| v. | * | |
| | * | |
| RICHARD SNELLGROVE, M.D. | * | |
| | * | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this motion for leave to file under seal the United States' Trial Brief.

The Trial Brief contains analysis of several evidentiary issues the United States anticipates will arise at trial. To properly analyze these issues, the United States has included details about potential testimony and evidence expected to be offered at trial. Since a jury has already been selected in this case, the United States believes it is prudent to seal this Trial Brief until the jury has reached its verdict. This way, facts that may or may not be admitted into evidence are not reported in the media, which could potentially taint the already-selected jury.

Accordingly, the United States requests that its Trial Brief by sealed until the jury has reached its verdict in this case.

Respectfully submitted this 7th day of May, 2018.

                                                            RICHARD W. MOORE
                                                            UNITED STATES ATTORNEY

                                                            By: */s/Christopher J. Bodnar*
                                                            Christopher J. Bodnar
                                                           Assistant United States Attorney
                                                           63 South Royal Street, Suite 600
                                                           Mobile, Alabama 36602
                                                           (251) 441–5845
                                                           christopher.bodnar@usdoj.gov