**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. 16-00226-KD** |
| **v.** | * | |
| | * | |
| **RICHARD SNELLGROVE, M.D.** | * | |

### MOTION IN LIMINE TO PRECLUDE SHOWING OF DEFENDANT-PRODUCED VIDEO

Comes now the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this motion *in limine* to preclude defense counsel from showing a defendant-produced video of his medical clinics during trial.

### BACKGROUND

Last Thursday, May 3, 2018, defense counsel provided reciprocal discovery to the United States consisting of a three minute and thirty-two second video set to music.[1] The video shows aerial flyovers of Dr. Snellgrove's two clinics, and interior footage of his extensive memorabilia collection, his honors, and the office dog. The video does not show any prescribing practices or patient care.

The United States inquired as to whether the defense intends to play this video during the trial. As of the time of this filing, there has been no response.

### ANALYSIS

The video produced in reciprocal discovery is similar in nature to a "Day in a Life" video, which may be appropriate for a sentencing hearing. However, this video is irrelevant at trial, and it would not be appropriate to show it to the jury. Nothing about the video has any

---

[1] A copy of the video has been hand-delivered to chambers for review.

bearing on whether Dr. Snellgrove illegally prescribed controlled substances, whether he committed healthcare fraud, or whether Matthew Roberts' death resulted from his use of the fentanyl identified in Count Thirteen. Furthermore, it appears the video is inappropriately designed to elicit fondness for, or a kinship with, the defendant. The production of this video raises further concerns about attempts to invite jury nullification at trial.

This trial is not about whether Dr. Snellgrove is a likeable person. It is about the specific conduct charged in the Superseding Indictment.

## CONCLUSION

For these reasons, the defendant should be precluded from playing this video at trial.

Respectfully submitted this 9th day of May, 2018.

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845
christopher.bodnar@usdoj.gov

By: */s/Deborah A. Griffin*
Deborah A. Griffin
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845
deborah.griffin@usdoj.gov